# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| **DAVID MAAG,**<br><br>            **Plaintiff,**<br><br>    vs.<br><br>**DAKOTA BODIES, LLC,**<br><br>            **Defendant.** | **1:23-CV-1015-CBK**<br><br><br>**JUDGMENT<br>OF DISMISSAL** |

The Court having entered its Memorandum Opinion and Order on September 30, 2024, it is hereby

ORDERED that this matter is dismissed for failure to prosecute and with prejudice pursuant to Fed. R. Civ. P. 41(b) as stated in the Memorandum Opinion and Order.

Dated this 1st day of October, 2024.

MATTHEW W. THELEN, Clerk

_Matthew Thelen_
_____
Clerk